1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  XZAVIAN L. BATTLE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR-S-12-254 MCE
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND ORDER TO CONTINUE**
13         v.                       )   **STATUS CONFERENCE AND TO EXCLUDE**
                                    )   **TIME**
14 XZAVIAN L. BATTLE,               )
                                    )   Date:  November 8, 2012
15              Defendant.          )   Time:  9:00 a.m.
                                    )   Judge: Morrison C. England, Jr.
16 _____ )

17         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant

19 Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of

20 Thursday, October 11, 2012, be vacated and a new status conference hearing date of Thursday, November 8,

21 2012, at 9:00 a.m., be set.

22         The reason for this continuance is because defense counsel needs additional time to finalize the plea

23 agreement.

24         It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

25 date of this stipulation, October 9, 2012, through and including November 8, 2012, pursuant to 18 U.S.C.

26 §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

27 / / /

28 / / /

1  continuance outweigh the best interest of the public and the defendant to a speedy trial.

2  Dated: October 9, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
XZAVIAN L. BATTLE

Dated: October 9, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 12, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, October 11, 2012, be vacated and that the case be set for **Thursday, November 8, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, October 9, 2012, through and including November 8, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

Dated: October 12, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE