1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
XZAVIAN L. BATTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:12-cr-00254-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| ) | **TIME** |
| XZAVIAN L. BATTLE, ) | |
| ) | Date:  November 29, 2012 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, November 8, 2012, be vacated and a new status conference hearing date of Thursday, November 29, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, October 23, 2012, through and including November 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: October 23, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
XZAVIAN L. BATTLE

Dated: October 23, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, November 8, 2012, be vacated and that the case be set for **Thursday, November 29, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, October 23, 2012, through and including November 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: October 29, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2