1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  XZAVIAN L. BATTLE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 2:12-CR-00254 MCE
                                  )
12            Plaintiff,           )
                                  )   **STIPULATION AND ORDER TO CONTINUE**
13       v.                        )   **STATUS CONFERENCE AND TO EXCLUDE**
                                  )   **TIME**
14 XZAVIAN L. BATTLE,              )
                                  )   Date:  January 31, 2013
15            Defendant.           )   Time:  9:00 a.m.
                                  )   Judge: Morrison C. England, Jr.
16 _____ )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant

19 Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of

20 Thursday, January 3, 2013, be vacated and a new status conference hearing date of Thursday, January 31,

21 2013, at 9:00 a.m., be set.

22       The reason for this continuance is because defense counsel needs additional time to finalize the plea

23 agreement.

24       It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

25 date of this stipulation, December 28, 2012, through and including January 31, 2013, pursuant to 18 U.S.C.

26 §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

27 / / /

28

continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: December 28, 2012

                                                    Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

                                                  */s/ Matthew C. Bockmon*
                                                  MATTHEW C. BOCKMON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  XZAVIAN L. BATTLE

Dated: December 28, 2012                 BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Matthew C. Bockmon for*
                                                  MATTHEW MORRIS
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 8, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, January 3, 2013, be vacated and that the case be set for **Thursday, January 31, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, December 28, 2012, through and including January 31, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

Dated: January 8, 2013

                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT JUDGE