1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  XZAVIAN L. BATTLE

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. CR-S-12-254 MCE
                                     )
12              Plaintiff,           )
                                     )   **STIPULATION AND [PROPOSED] ORDER
13        v.                         )   TO MODIFY SPECIAL CONDITIONS OF
                                     )   PRETRIAL RELEASE**
14  XZAVIAN L. BATTLE,               )
                                     )
15              Defendant.           )
                                     )
16  _____ )

17       On July 20, 2012, this Court issued an order setting forth the pretrial release conditions for

18  Defendant Xzavian L. Battle.  Special Condition of Release  No. 8 reads: "You shall seek and/or maintain

19  employment and provide proof of the same as requested by your pretrial services officer."  Mr. Battle was

20  attending school and now he stays home with his children.  At this time, it is financially beneficial for Mr.

21  Battle and his family that he stay at home with the children rather than work instead of paying the cost of

22  child care.

23       At the direction of the Office of Pretrial Services, the parties agree that Mr. Battle's employment

24  condition be removed.  All other conditions of pretrial release shall remain in place.  A proposed order to

25  this effect is attached.

26  / / /

27  / / /

28  / / /

Dated: January 31, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
XZAVIAN L. BATTLE

Dated: January 31, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the pretrial release conditions, set by this court on July 20, 2012, for defendant Xzavian L. Battle, are hereby modified removing the employment condition. All other conditions are to remain in place.

Dated: January 31, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE