JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
XZAVIAN L. BATTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-254 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| XZAVIAN L. BATTLE, | |
| Defendant. | Date:  March 28, 2013<br>Time:  9:00 a.m.<br>Judge:  Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, March 14, 2013, be vacated and a new status conference hearing date of Thursday, March 28, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, March 13, 2013, through and including March 28, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

/ / /

continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  March 13, 2013

                                                  Respectfully submitted,

                                                  JOSEPH SCHLESINGER
                                                  Acting Federal Defender

                                                  */s/ Matthew C. Bockmon*
                                                  MATTHEW C. BOCKMON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  XZAVIAN L. BATTLE

Dated:  March 13, 2013                      BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Matthew C. Bockmon for*
                                                  MATTHEW MORRIS
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 13, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 14, 2013, be vacated and that the case be set for **Thursday, March 28, 2013, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 13, 2013, through and including March 28, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Date:  March 13, 2013

                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT JUDGE