JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
XZAVIAN L. BATTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XZAVIAN L. BATTLE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR-S-12-254 MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** <br><br> Date:  May 16, 2013 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, May 2, 2013, be vacated and a new status conference hearing date of Thursday, May 16, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, April 30, 2013, through and including May 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

/ / /

1  continuance outweigh the best interest of the public and the defendant to a speedy trial.

2  Dated: April 30, 2013

3                                                                      Respectfully submitted,

4                                                                      JOSEPH SCHLESINGER
                                                                       Acting Federal Defender

6      /s/ Matthew C. Bockmon
    MATTHEW C. BOCKMON
    Assistant Federal Defender
7   Attorney for Defendant
    XZAVIAN L. BATTLE

8  Dated: April 30, 2013                                               BENJAMIN B. WAGNER
9                                                                      United States Attorney

10     /s/ Matthew C. Bockmon for
    MATTHEW MORRIS
11  Assistant U.S. Attorney
    Attorney for Plaintiff

13  **O R D E R**

14  Based on the reasons set forth in the stipulation of the parties filed on May 1, 2013, and good cause

15  appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED

16  that the status conference currently scheduled for Thursday, May 2, 2013, be vacated and that the case be set

17  for **Thursday, May 16, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting

18  a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT

19  IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the

20  Speedy Trial Act is excluded during the time period from the date of this stipulation, April 30, 2013, through

21  and including May 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

22  IT IS SO ORDERED.

24  May 1, 2013

25  _____
26  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

27

28

2