BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>XZAVIAN BATTLE,<br><br>    Defendant. | 2:12-CR-00254-MCE<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Xzavian Battle, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2323(b), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Xzavian Battle's interest in the following property is hereby condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  2 Burberry shirts;
    b.  1 Coach wallet;
    c.  1 Coogi shorts;
    d.  6 Coogi jeans;
    e.  1 Coogi sweat suit;
    f.  5 Ed Hardy shirts;
    g.  4 pairs of Gucci shoes;
    h.  3 Gucci wallets;
    i.  42 Major League Baseball New Era hats;
    j.  1 pair of Nike Air Force shoes;
    k.  7 pairs of Nike Air Jordan shoes;
    l.  2,127 Compact Discs;

| | | |
|---|---|---|
| m. | 1,840 Digital Video Discs; |
| n. | 1 Seven For All Mankind jeans; |
| o. | 2 True Religion jeans; |
| p. | 1 Baby Phat handbag; |
| q. | 1 Chanel dust bag; |
| r. | 2 Coach handbags; |
| s. | 1 Coach luggage; |
| t. | 1 Coogi collared shirt; |
| u. | 1 Lacoste jacket; |
| v. | 1 Louis Vuitton dust bag; |
| w. | 1 Luis Vuitton luggage; |
| x. | 11 National Basketball Association caps; |
| y. | Mossberg 500A 12-gauge shotgun, S/N R222159; |
| z. | Colt Army Special .38 caliber revolver, S/N 381804; |
| aa. | 12-gauge shotgun ammunition; and |
| bb. | .38 caliber handgun ammunition. |

2. The above-listed assets (a)-(x) constitute property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320, and is property which constitutes or is derived from proceeds obtained directly or indirectly as the result of the commission of a violation of 18 U.S.C. § 2320.  Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.  The above-listed assets (y)-(bb) constitute firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 922(g).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.    a. Pursuant to 18 U.S.C. § 2323(b)(2)(A) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

1 first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
2 within thirty (30) days from the receipt of direct written notice, whichever is earlier.

3     5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court
4 will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), 18 U.S.C. § 924(d)(1) and 28
5 U.S.C. § 2461(c), in which all interests will be addressed.

    IT IS SO ORDERED.

Dated: August 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Preliminary Order of Forfeiture