BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00254-MCE |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| XZAVIAN BATTLE, | |
| Defendant. | |

WHEREAS, on or about August 6, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreement entered into between plaintiff and defendant Xzavian Battle forfeiting to the United States the following property:

a. 2 Burberry shirts;
b. 1 Coach wallet;
c. 1 Coogi shorts;
d. 6 Coogi jeans;
e. 1 Coogi sweat suit;
f. 5 Ed Hardy shirts;
g. 4 pairs of Gucci shoes;
h. 3 Gucci wallets;
i. 42 Major League Baseball New Era hats;
j. 1 pair of Nike Air Force shoes;
k. 7 pairs of Nike Air Jordan shoes;
l. 2,127 Compact Discs;
m. 1,840 Digital Video Discs;
n. 1 Seven For All Mankind jeans;
o. 2 True Religion jeans;
p. 1 Baby Phat handbag;
q. 1 Chanel dust bag;

1

|   |     |                                              |
|---|-----|----------------------------------------------|
| r.  | 2 Coach handbags;                          |
| s.  | 1 Coach luggage;                           |
| t.  | 1 Coogi collared shirt;                    |
| u.  | 1 Lacoste jacket;                          |
| v.  | 1 Louis Vuitton dust bag;                  |
| w.  | 1 Louis Vuitton luggage;                   |
| x.  | 11 National Basketball Association caps;   |
| y.  | Moosberg 500A 12-gauge shotgun, S/N R222159; |
| z.  | Colt Army Special .38 caliber revolver, S/N 381804; |
| aa. | 12-gauge shotgun ammunition; and           |
| bb. | .38 caliber handgun ammunition.            |

AND WHEREAS, beginning on August 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Xzavian Battle.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT